11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Lemmy Matthews

Appellant

Vs.                   No. 11-03-00132-CR B Appeal from Dallas County

State of Texas

Appellee

 

The trial court convicted Lemmy Matthews,
upon his plea of nolo contendere, of aggravated assault.  Pursuant to the plea bargain agreement, the
trial court assessed appellant=s punishment at confinement for seven years.  The trial court has certified that appellant has no right to
appeal in this case.

Therefore, we dismiss this appeal.

 

PER CURIAM

 

September 4, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.